| | |
|---|---|
| Richard W. Reinthaler | **Hearing Date:  April 24, 2014** |
| David Neier | **Hearing Time: 10:00 a.m. EST** |
| John E. Schreiber | |
| Anthony J. Ford | |
| **WINSTON & STRAWN LLP** | |
| 200 Park Avenue | |
| New York, NY  10166 | |
| Telephone:  (212) 294-6700 | |
| Facsimile:  (212) 294-4700 | |

- *and* -

OF COUNSEL:

Evan Koster

**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000
Facsimile:  (212) 918-3100
*Counsel to Defendants AmeriCredit Financial Services Inc., AmeriCredit Automobile Receivables Trust 2007 B-F, and AmeriCredit Automobile Receivables Trust 2007 D-F*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR, | Adv. Proc. No. 11-02403 |
| Plaintiffs, | **AMENDED NOTICE OF HEARING** |
| v. | |
| AMERICREDIT FINANCIAL SERVICES INC., AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M, AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007 B-F, AND AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007 D-F, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the hearing on the *Motion to Dismiss Adversary Complaint* [Docket No. 14] filed by AmeriCredit Financial Services Inc., AmeriCredit Automobile Receivables Trust 2007 B-F, and AmeriCredit Automobile Receivables Trust 2007 D-F (collectively, the "Defendants"), and related pleadings (the "Motion to Dismiss"), previously scheduled for Wednesday, April 9, 2014, at 10:00 a.m. (Eastern Time) has been adjourned to a time to be determined by the Court at the Status Conference (defined below).

**PLEASE TAKE FURTHER NOTICE** that a status conference (the "Status Conference") on the Motion to Dismiss will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004 on **Thursday, April 24, 2014, at 10:00 a.m**. **(Eastern Time).**

**[signature page to follow]**

Dated:     March 25, 2014

|  |  |
|---|---|
| | /s/ *Richard W. Reinthaler* |
| OF COUNSEL: | Richard W. Reinthaler |
| Evan Koster | David Neier |
| **HOGAN LOVELLS US LLP** | John E. Schreiber |
| 875 Third Avenue | Anthony J. Ford |
| New York, NY 10022 | **WINSTON & STRAWN LLP** |
| Telephone: (212) 918-3000 | 200 Park Avenue |
| Facsimile: (212) 918-3100 | New York, NY 10166 |
| | Telephone: (212) 294-6700 |
| | Facsimile: (212) 294-4700 |

*Counsel to Defendants AmeriCredit Financial Services Inc., AmeriCredit Automobile Receivables Trust 2007 B-F, and AmeriCredit Automobile Receivables Trust 2007 D-F*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that I caused a copy of the document herein to be served upon the parties identified on Exhibit A attached hereto by electronic mail and Federal Express overnight delivery.

/s/ *Denise Cunsolo*
Denise Cunsolo

**Exhibit A**

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attn:   Myles K. Bartley
        Lynn P. Harrison III
        Turner P. Smith
mbartley@cm-p.com
lharrison@curtis.com
tsmith@cm-p.com

Milbank, Tweed, Hadley & McCloy LLP
International Square Building
1850 K Street, NW
Suite 1100
Washington, DC 20006
Attn:   David S. Cohen
dcohen2@milbank.com

Office of the United States Trustee
U.S. Federal Building
201 Varick Street
Suite 1006
New York, New York 10014
Attn:   William K. Harrington
        Susan D. Golden
        Andrea B. Schwartz
william.k.harrington@usdoj.gov
susan.golden@usdoj.gov
andrea.b.schwartz@usdoj.gov

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow
        Lori R. Fife
        Jacqueline Marcus
lori.fife@weil.com
jacqueline.marcus@weil.com
lehmanteam@weil.com