David S. Cohen
Nicholas A. Bassett
MILBANK, TWEED, HADLEY & McCLOY LLP
1850 K Street, NW, Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500
Facsimile: (202) 835-7586

*Attorneys for Plaintiffs Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC. AND LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR, | Adv. Proc. No. 11-02403 |
| Plaintiffs, | |
| v. | |
| AMERICREDIT FINANCIAL SERVICES INC., AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2005 B-M, AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007 B-F, AND AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2007 D-F, | |
| Defendants. | |

## NOTICE OF ADJOURNMENT OF HEARING ON
## DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that the hearing on Defendants' Motion to Dismiss, which was scheduled to be heard on June 23, 2014 at 2:00 p.m. (Eastern Time), has been adjourned to **October 7, 2014 at 2:00 p.m. (Eastern Time)**.  The Adjourned Hearing shall be held before the Honorable Shelley C. Chapman at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Room 623.

Dated:  June 18, 2014
        New York, New York

/s/ David S. Cohen
David S. Cohen
Nicholas A. Bassett
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1850 K Street, NW, Suite 1100
Washington, DC  20006
Telephone:  202-835-7500
Facsimile:  202-263-7586

*Attorneys for Plaintiffs Lehman Brothers Special Financing Inc. and Lehman Brothers Holdings Inc.*